# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MICHAEL VULPIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.D. McDONALD, Warden,<br><br>　　　　Respondent.<br>_____ | Case No. CV 10-6754-ODW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected.

　　　　Since the Amended Report and Recommendation was issued, the Ninth Circuit has issued an en banc opinion holding that a credible claim of actual innocence constitutes an equitable exception to the one-year limitations period set forth in 28 U.S.C. § 2244(d)(1). *Lee v. Lampert*, __ F.3d __, 2011 WL 3275947, at *2 (9th Cir. Aug. 2, 2011) (en banc). But this decision does not alter the analysis in Section IV.E. of the Amended Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that Judgment be entered denying the
2 Petition and dismissing this action with prejudice.
3 DATED:   September 22, 2011

      _____
      HONORABLE OTIS D. WRIGHT, II
      UNITED STATES DISTRICT JUDGE

2