JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MICHAEL VULPIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M.D. McDONALD, Warden,<br><br>　　　　Respondent. | Case No. CV 10-6754-ODW (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 22, 2011

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE